NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID MITCHELL, SR.,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7074

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1814, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

David Mitchell, Sr. moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

2                               MITCHELL v. MCDONALD

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: August 13, 2014